IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>RACHEL L. STEWART,<br><br>           Defendant. | 8:21CR312<br><br>**ORDER** |

**THIS MATTER** is before the court on the motion of Kenneth F. Jacobs to withdraw as counsel for the defendant, Rachel L. Stewart (Filing No. 26). Matthew D. Burns has filed an entry of appearance as retained counsel for Rachel L. Stewart. Therefore, Kenneth F. Jacobs' motion to withdraw (Filing No. 26) will be granted.

Kenneth F. Jacobs shall forthwith provide Matthew D. Burns any discovery materials provided to the defendant by the government and any such other materials obtained by Kenneth F. Jacobs which are material to Rachel L. Stewart's defense.

The clerk shall provide a copy of this order to Matthew D. Burns.

**IT IS SO ORDERED.**

Dated this 30th day of December, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge