IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:21CR312 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **WAIVER OF PERSONAL** |
| | ) | **APPEARANCE AT ARRAIGNMENT** |
| MARCQUECE R. PETTIES and RACHEL L. | ) | **AND ORDER** |
| STEWART, | ) | |
| | ) | |
| Defendants, | ) | |

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1)  The defendant affirms receiving a copy of the superseding indictment;

(2)  The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3)  The defendant pleads not guilty to all counts of the superseding indictment.

_____          1/24/22
Defendant                                Date

_____          1/24/22
Attorney for Defendant                   Date

**ORDER**

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this __24__ day of __January__, 20__22__.

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT