IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RACHEL L. STEWART,<br><br>Defendant. | 8:21CR312<br><br>ORDER |

This matter is before the Court on the government's Motion to Dismiss Portions of the Forfeiture Allegation (Filing No. 84). The government seeks to dismiss paragraphs 2.a. through 2.d. of the Forfeiture Allegation set forth in the Superseding Indictment (Filing No. 33) regarding $6,310 in United States currency, a gold Rolex watch, a diamond encrusted necklace, and a 2019 Audi Q8 Utility vehicle, VIN WA1FVAF12KD034433. These items were administratively forfeited by the Bureau of Alcohol, Tobacco, Firearms and Explosives. Upon careful review of the government's motion and the record in this case, the Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion to Dismiss Portions of the Forfeiture Allegation (Filing No. 84) is granted.
2. Paragraphs 2.a. through 2.d. of the Forfeiture Allegation ($6,310 in United States currency, a gold Rolex watch, a diamond encrusted necklace, and a 2019 Audi Q8 Utility vehicle, VIN WA1FVAF12KD034433) of the Superseding Indictment (Filing No. 33) are dismissed.

Dated this 14th day of November 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge